UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
New Albany Division

JOSHUA HARRISON,

    Plaintiff

v.                                           CASE NO. 4:22-cv-00047-JMS-KMB

CITY OF JEFFERSONVILLE, et al.,

    Defendants

## ORDER

The Court being duly advised that the Plaintiff, Joshua Harrison, and the Defendants, City of Jeffersonville, Jeffersonville Police Department, Keith Broady and Todd Brewer have agreed and stipulated to the dismissal, with prejudice, of all remaining claims in this matter between the Parties, with each to bear their own costs and fees it is thus:

**ORDERED** that the above captioned matter be dismissed, with prejudice [48].

SO ORDERED.

Date: 6/14/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

All counsel of record.